■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY EBRON, Appellant, v RICHARD KOEHLER, as Commissioner of the Department of Correction, et al., Respondents.— Appeal from an Opinion and Decision, denominated judgment,

of Supreme Court, Bronx County (Hecht, J.), entered on or about November 3, 1989, which dismissed petitioner's writ of habeas corpus, is hereby dismissed, without costs.

The appeal is moot, inasmuch as petitioner has been reinstated to parole and is no longer in custody. If we were to reach the merits, we would affirm for the reasons stated by Hecht, J. Concur—Murphy, P. J., Milonas, Ellerin, Ross and Rubin, JJ.